# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129814

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAFARGE MIDWEST, INC.,
        Plaintiff-Appellee,

v

FRANKENMUTH MUTUAL INSURANCE
COMPANY,
        Defendant-Appellant.

SC: 129814
COA: 253591
Muskegon CC: 03-042472-CK

_____/

     On order of the Court, the application for leave to appeal the August 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221